September 25, 2014.



# JUDGMENT

## The Fourteenth Court of Appeals

KINGS RIVER TRAIL ASSOCIATION, INC. AND KINGS RIVER VILLAGE
COMMUNITY ASSOCIATION, INC., Appellants

NO. 14-12-00967-CV                    V.

PINEHURST TRAIL HOLDINGS, L.L.C., Appellee

_____

PINEHURST TRAIL HOLDINGS, L.L.C., Appellant

NO. 14-12-01008-CV                    V.

KEVIN DONNELLAN, MICHAEL DOLE, OLLIE DOLE, CARROLL KITE,
JOAN KITE, GARY LEVICKY, EDWARD MILLER, SHIRLEY MILLER,
ROBERT MORGAN, SYLVIA MORGAN, JOHN PING, MARSHA PING,
JAMES POLK, DEBRA POLK, TERRY RAATZ, LINDA RAATZ, DOUGLAS
SMITH, PAMELA SMITH, SIDNEY SMITH, RUTH SMITH, JOSEPH
ZOLMAN, MARCEY ZOLMAN, DARIN LASATER, KRISTI LASATER,
KINGS RIVER TRAIL ASSOCIATION, INC., AND KINGS RIVER VILLAGE
COMMUNITY ASSOCIATION, INC., Appellees

_____

This court today heard a motion for rehearing filed by KINGS RIVER
TRAIL ASSOCIATION, INC. and KINGS RIVER VILLAGE COMMUNITY

ASSOCIATION, INC.  We order that the motion be denied, and that the court's former judgment of July 24, 2014 be vacated, set aside, and annulled. We further order this court's Opinion of July 24, 2014, withdrawn.

Cause No. 14-12-00967-CV, an appeal from the judgment signed, July 25, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.  We order that each party shall pay its own costs incurred by reason of this appeal.  We further order this decision certified below for observance.

Cause No. 14-12-01008-CV, an appeal from the judgment signed, July 25, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.  We order that each party shall pay its own costs incurred by reason of this appeal.  We further order this decision certified below for observance.